No. 501. Dreis, Executor, *v.* Bishop, Administratrix. C. A. 3d Cir. Motion to dispense with printing response to petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Osmond K. Fraenkel* for petitioner. *Croxton Williams* for respondent.

No. 596. Stella *v.* Graham-Paige Motors Corp. et al. Motion to use the certified record in case No. 164, October Term, 1956, as a part of the record granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Lewis M. Dabney, Jr.* and *Murray C. Bernays* for petitioner. *Ambrose V. McCall* for Graham-Paige Motors Corp., respondent.

No. 600. Hart et al. *v.* Selected Investments Trust Fund, Linwood O. Neal, Trustee, et al. Motion to substitute W. M. Harrison as a party respondent in the place of Paul C. Duncan, resigned, granted. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. *George Zolotar* for petitioners. *George E. Soule, James D. Fellers* and *Luther Bohanon* for Harrison, respondent. *Solicitor General Rankin, Thomas G. Meeker, David Ferber* and *Arthur Blasberg, Jr.* for the Securities and Exchange Commission in opposition.

No. 630. Geuder, Paeschke & Frey Co. *v.* J. R. Clark Co. et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Maxwell H. Herriott* for petitioner. *Andrew E. Carlsen* for respondents.